UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ALBERT ALEXANDER, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | No. 3:16-CV-2988-B (BF) |
| NANCY A. BERRYHILL, Acting | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the final decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with the Magistrate Judge's Findings, Conclusions and Recommendation.

**SO ORDERED** this 3rd day of January, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE